IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAKER AUTO & TRUCK, INC., a corporation, VERNELL'S INTERSTATE SERVICE, INC., a corporation, STEVE ANDREWS and GLENN ANDREWS, d/b/a Bennett's Service Center, and ALAN BLADES and JAMES BLADES, d/b/a Blades Body Shop,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF MARION, ILLINOIS, a municipal corporation, RONALD SWAFFORD, in his official and individual capacities, and KEVIN TONDINI, d/b/a Tondini's Wrecker Service,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-560-JPG/PMF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

 **Dated:   April 19, 2007**

               **NORBERT JAWORSKI, CLERK**

               **s/Brenda K. Lowe**
               **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
     **U. S. DISTRICT JUDGE**